In the Matter of the Judicial Settlement of the Accounts of ANDREW SZKOTNICKI, as Executor, etc., of PETER FOLGA, Deceased. MARY FOLGA, Widow, Appellant; ANDREW SZKOTNICKI, as Executor, etc., and Others, Respondents.— Decree so

far as appealed from modified on the facts by reducing the allowance to Stanley J. Dryja, Esq., to $75 and the allowance to Abraham R. Kushner, Esq., to $150, and as modified affirmed, with costs to the appellant payable out of the estate. All concur. (The decree settles the accounts of the executor.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.